UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| MICHAEL J. RAFTOGIANIS | : | |
| Debtor | : | Bankruptcy No. 11-10427bf |
| ROMAN M. KRYWOPUSK | : | |
| Plaintiff | : | |
| v. | : | |
| MICHAEL J. RAFTOGIANIS | : | |
| Defendant | : | Adversary No. 11-0315 |

.................................................

ORDER

.................................................

AND NOW, this 12th day of July 2012, for the reasons given in the accompanying memorandum, it is hereby ordered that judgment is rendered in favor of the plaintiff, the plaintiff's objection to the debtor's discharge is sustained and the debtor is denied a chapter 7 discharge pursuant to 11 U.S.C. § 727(a)(4)(A).

_____
BRUCE FOX
United States Bankruptcy Judge

copies to:

Mr. Roman M. Krywopusk
17 Grand Banks Circle
Marlton, NJ 08053

Mr. Michael J. Raftogianis
30 Simmons Road
Perkiomenville, Pa 18074

Carol B. McCullough, Esq.
530 West Street Road
Suite 201
Warminster, PA 18974